(101 So. 775)

Ex parte Oscar HALE. (5 Div. 903.)

(Supreme Court of Alabama. Oct. 30, 1924.)

Certiorari to Court of Appeals.

D. T. Ware, of Roanoke, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Oscar Hale for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Oscar Hale v. State, 20 Ala. App. 270, 101 So. 774.

Writ denied.

ANDERSON, C. J., and SAYRE, GARD-NER, and MILLER, JJ., concur.